UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elias Victoriano, David Salazar, Rincon, Edgar Ruiz, Victor Cipriano,<br><br>         Plaintiffs,<br><br>-against-<br><br>Locanut, Inc., Bella Palterovich, an individual,<br><br>         Defendants. | **24-CV-03937 (JPO)**<br><br>**JUDGMENT** |

  WHEREAS Defendants, by their counsel, Levin-Epstein & Associates, P.C., having offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment in favor of Plaintiffs to be taken against them in the amount of $10,000.00, including costs, disbursements, and attorneys' fees; the offer of judgment being made for purposes specified in Rule 68; Plaintiff, through RAYMOND NARDO, P.C., having accepted and provided notice that he has accepted Defendants' Offer of Judgment, dated February 20, 2025, and the matter having come before this Court, the Court now renders it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case, it is hereby:

  ORDERED, ADJUDGED, AND DECREED, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 68, and there being no just reason for delay, the Clerk shall enter judgment in the amount of $10,000 jointly and severally against Defendants, including costs, disbursements, and attorneys' fees, to be delivered to Raymond Nardo, P.C., 129 Third Street, Mineola, NY 11501, at which time Plaintiff shall file a satisfaction of judgment.

Accordingly, judgment is entered against Defendants and the case is closed against Defendants.

Dated:  March 3, 2025

_____
J. PAUL OETKEN
United States District Judge